IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>     Plaintiffs, <br> v. <br> TEVA PHARMACEUTICALS USA, INC.; and TEVA PHARMACEUTICALS, INC, <br>     Defendants. | C.A. No. 22-1461-CJB <br> **ANDA CASE** <br><br> **(Consolidated)** |
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>     Plaintiffs, <br> v. <br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br>     Defendants. | C.A. No. 22-01465-CJB <br> **ANDA CASE** |
| AMICUS THERAPEUTICS US, LLC AND AMICUS THERAPEUTICS, INC., <br>     Plaintiffs, <br> v. <br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br>     Defendants. | C.A. No. 23-00964-CJB <br> **ANDA CASE** |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT
AS TO LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.**

Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. and Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. having met, conferred, and agreed to resolve their dispute upon execution of a separate License Agreement, hereby stipulate to entry of the executed Consent Judgment submitted herewith, subject to the Court's approval.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ *Cameron P. Clark* | /s/ *John C. Phillips, Jr.* |
| Karen Jacobs (#2881)<br>Megan E. Dellinger (#5739)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>mdellinger@morrisnichols.com<br>cclark@morrisnichols.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>(302) 655-4210 (fax)<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc* | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Nicholas Groombridge<br>Jennifer H. Wu<br>Josephine Young<br>Jennifer Rea Deneault<br>Peter Sandel<br>Naz Wehrli<br>Stephen Accursio Maniscalco<br>Allison Penfield<br>Scott E. Miller<br>Aileen Huang<br>Chieh-Ming ("Ben") Hsu<br>Kyle N. Bersani<br>GROOMBRIDGE WU BAUGHMAN & STONE LLP<br>565 Fifth Avenue, Suite 2900<br>New York, NY 10017<br>(332) 269-0030 | Keith D. Parr<br>Nina Vachhani<br>Jonathan B. Turpin<br>Amy M. Lange<br>Jacob C. Britz<br>BUCHANAN INGERSOLL & ROONEY PC<br>125 S. Wacker Dr.<br>Chicago, IL 60606<br>(312) 261-8777<br>keith.parr@bipc.com<br>nina.vachhani@bipc.com<br>jonathan.turpin@bipc.com<br>amy.lange@bipc.com<br>jacob.britz@bipc.com |
| December 19, 2025 | |